UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04298-RGK-RAO | Date | September 7, 2023 |
|---|---|---|---|
| Title | *Serrano Square, LLC v. First Republic Bank et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause Re: Subject Matter Jurisdiction**

On March 17, 2023, Serrano Square, LLC ("Plaintiff") filed a Complaint against First Republic Bank ("FRB"), a federally insured depository institution, in state court. On May 1, 2023, the California Department of Financial Protection and Innovation closed FRB and appointed the Federal Deposit Insurance Corporation ("FDIC") as the receiver for FRB. On June 1, 2023, FDIC removed the action to this Court, and on June 14, the Court granted a mandatory stay pursuant to 12 U.S.C. § 1821(d)(12)(A).

On September 6, 2023, FDIC submitted a status report requesting a further stay to allow Plaintiff to complete the administrative claims process because until the claims process is complete. Under 12 U.S.C. § 1821(d)(13)(D), federal courts lack subject matter jurisdiction over claims against a depository institution to which the FDIC has been appointed receiver, unless and until the plaintiff's administrative claims have been exhausted. *Henderson v. Bank of New England*, 986 F.2d 319, 320–21 (9th Cir. 1993). On that basis, FDIC is correct; this action cannot be litigated at this time. However, if the Court lacks jurisdiction, it seems that the proper course of action is dismissal without prejudice. Fed. R. Civ. P. 12(h)(3).

Accordingly, the Court **ORDERS** FDIC to **SHOW CAUSE IN WRITING** by September 14, 2023, why the Court should not dismiss this action without prejudice. FDIC's filing must be no more than three (3) pages in length.

**IT IS SO ORDERED.**

|  | :  |
|---|---|
| Initials of Preparer | JRE/snf |